1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MAX RAY BUTLER,                  Case No. EDCV 18-2433 MWF (SS)

12              Petitioner,           **ORDER ACCEPTING FINDINGS,**

13        v.                          **CONCLUSIONS AND RECOMMENDATIONS**

14   CYNTHIA SWAIN,                   **OF UNITED STATES MAGISTRATE**

15              Respondent.           **JUDGE**

16

17        The Court has reviewed the Petition, Respondent's Motion to

18   Dismiss, all the records and files herein, and the Report and

19   Recommendation of the United States Magistrate Judge.  The time

20   for filing Objections to the Report and Recommendation has passed

21   and no Objections have been received.  Accordingly, the Court

22   accepts the findings, conclusions and recommendations of the

23   Magistrate Judge.

24

25        **IT IS ORDERED** that Respondent's Motion to Dismiss is DENIED.

26   Respondent is ORDERED to file an Answer to the Petition within

27   thirty days of the date of this Order.

28

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Petitioner at his current address of record and on counsel for Respondent.

DATED:  September 24, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE